**UNPUBLISHED**

**UNITED STATES COURT OF APPEALS**

**FOR THE FOURTH CIRCUIT**

JOHN R. BINNS,
<u>Plaintiff-Appellant,</u>

v.

E. M. TUCKER, Chairman, Virginia

Parole Board; RON ANGELONE,
Director, Virginia Department of
Corrections,
<u>Defendants-Appellees.</u>

No. 97-7242

Appeal from the United States District Court
for the Eastern District of Virginia, at Alexandria.
James C. Cacheris, District Judge.
(CA-97-159-AM)

Submitted: December 11, 1997

Decided: January 7, 1998

Before HALL and WILLIAMS, Circuit Judges, and
PHILLIPS, Senior Circuit Judge.

_____

Vacated and remanded by unpublished per curiam opinion.

_____

**COUNSEL**

John R. Binns, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

_____

**OPINION**

PER CURIAM:

John R. Binns appeals the district court's dismissal of his 42 U.S.C. § 1983 (1994) complaint for failure to pay a partial filing fee. By order entered May 28, 1997, the district court directed Binns to pay a partial filing fee within thirty days. Review of the district court docket sheet establishes that the district court clerk's office received payment on behalf of Binns on July 3, 1997. By order dated July 24, 1997, the district court dismissed Binns' action without prejudice for failure to pay the partial filing fee. Because it is evident that Binns in fact paid the partial filing fee ordered by the district court, we vacate the district court's dismissal of his action for non-payment, and remand the case for further proceedings.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.

VACATED AND REMANDED

2